UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:19CR281 (KAD) |
| v. | VIOLATION: |
| GREGORY DEMAIO | 21 U.S.C. § 844(a) (Possession of Fentanyl) |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Possession of Fentanyl)

1. On or about June 9, 2017, in the District of Connecticut, the defendant GREGORY DEMAIO knowingly and intentionally possessed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 844(a).

COUNT TWO
(Possession of Fentanyl)

2. On or about July 16, 2017, in the District of Connecticut, the defendant GREGORY DEMAIO knowingly and intentionally possessed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 844(a).

UNITED STATES OF AMERICA

LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY